# P U B L I S H

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
06/03/99
THOMAS K. KAHN
CLERK

No. 98-2709

D.C. Docket No. 98-460-Civ-J-10C

EMILY ADLER, individually; on behalf
of herself and all persons similarly situated,
SETH FINCK, individually; on behalf of
himself and all persons similarly situated, et al.,

Plaintiffs-Appellants,

versus

DUVAL COUNTY SCHOOL BOARD,
DUVAL COUNTY PUBLIC SCHOOL DISTRICT,

Defendants-Appellees.

--------------------------------------------------------------------------------------------

No. 98-2720

D.C. Docket No. 98-460-Civ-J-10C

EMILY ADLER, individually; on behalf
of herself and all persons similarly situated,
SETH FINCK, individually; on behalf of
himself and all persons similarly situated, et al.,

Plaintiffs-Appellees,

versus

SUSAN BOLES, as parent & next friend of
Rebecca Boles, a minor child and on behalf
of all public school students within the Duval
County Public School District,

Movants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(Opinion May 11, 1999, 11th Cir., 1999, __ F.3d __)

(June 3, 1999)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, HULL and MARCUS, Circuit Judges*.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____

*Senior U. S. Circuit Judge Phyllis A. Kravitch has elected to participate in further proceedings    in this matter pursuant to 28 U.S.C. § 46(c).